**FORM b9a_7cna** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03 769)          Case Number **05–21512–HRT**

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/12/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
 Robert F. Renninger
 4581 Lindenwood Cir.
 Highlands Ranch, CO 80130

| Case Number:<br>05–21512–HRT | Social Security/Taxpayer ID Nos.:<br>xxx–xx–1474 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Jane Stobbs<br>3151 S. Vaughn Way<br>Suite 510<br>Aurora, CO 80014<br>Telephone number:  720–939–5767 | Bankruptcy Trustee (name and address):<br>Janice A. Steinle<br>9249 S. Broadway<br>Ste. 200<br>PMB 505<br>Highlands Ranch, CO 80129<br>Telephone number:  ( ) 303–794–8034 |

## Meeting of Creditors:

 Date:  **June 23, 2005**                    Time:  **10:00 AM**

 Location:  **U.S. Custom House, 721 19th St., Room 125, Denver, CO 80202**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 8/22/05

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property.
If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number:  303–844–4045 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Bradford L. Bolton |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  5/13/05 |

# EXPLANATIONS

FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Proof of Identity | **Important notice to individual debtors:** Effective January 1, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. failure to do so may result in your case being dismissed. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate, if any, having an aggregate gross value of less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 15 days of the meeting. |

## –– Refer to Other Side for Important Deadlines and Notices ––

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1          User: gonzalesc          Page 1 of 1              Date Rcvd: May 13, 2005
Case: 05-21512               Form ID: 769             Total Served: 43
```

```
The following entities were served by first class mail on May 15, 2005.
db         Robert F. Renninger,   4581 Lindenwood Cir.,   Highlands Ranch, CO  80130
aty        +Jane Stobbs,   3151 S. Vaughn Way,   Suite 510,   Aurora, CO 80014-3514
tr         +Janice A. Steinle,   9249 S. Broadway,   Ste. 200,   PMB 505,   Highlands Ranch, CO 80129-5692
ust        +US Trustee,  999 18th St.,   Ste. 1551,   Denver, CO 80202-2415
7947050    +A-1 Collection Agency,   Po Box 1929,   Grand Junction, CO 81502-1929
7947053    +AT&T Wireless,   7575 Corporate Way,   Eden Prairie, MN 55344-2022
7947051    +Accounts Receivable Management Systems,   1417 S. College Avenue,   Fort Collins, CO 80524-4115
7947052    +Alliance One,   6565 Kimball Drive, Ste 200,   Gig Harbor, WA 98335-1206
7947054     Atmos Energy,   P.O. Box 650205,   Dallas, TX  75265-0205
7947055    +Audit  And  Adjustment Com,   19401 40th Ave W Ste 312,   Lynnwood, WA 98036-5600
7947058    +BFOA,   911 S. Washington,   Kennewick, WA 99336-5600
7947061    +BP,   BP Processing Center,   Des Moines, IA 50360-0001
7947056    +Bart R. Anderson,   2122 - 112th Ave. NE, Ste A-300,   Bellevue, WA 98004-2947
7947057    +Bc Services/collection Agency,   451 21st Ave,   Longmont, CO 80501-8400
7947059    +Bill Hollowell,   O W Hollowell & Assoc.,   Po Box 1706,   Duvall, WA 98019-1706
7947060    +Bonded Adjusting Servi,   119 W Oak St,   Fort Collins, CO 80524-2828
7947062    +Bur Col Reco,   7575 Corporate Way,   Eden Prairie, MN 55344-2022
7947064    +Coleman Legal Services,   3204 Auburn Way N,   Auburn, WA 98002-1807
7947065    +Collection Center Of W,   406 6th St,   Rawlins, WY 82301-5408
7947066    +Connie Patton,   311 12th St.,   Windsor, CO 80550-5929
7947067    +Crd Prt Asso,   13355  Noel Road#,   Dallas, TX 75240-6602
7947068    +Direct Merchants Bank,   Po Box 43730,   Baltimore, MD 21236-0730
7947069    +Fingerhut Credit Advan,   16 Mcleland Rd,   Saint Cloud, MN 56303-2198
7947070    +First National Credit,   500 E 60th St N,   Sioux Falls, SD 57104-0478
7947071    +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
7947072    +Ft Collins Radiology Assoc.,   Po Box 270580,   Fort Collins, CO 80527-0580
7947073    +G C Services,   6330 Gulfton St Ste 400,   Houston, TX 77081-1108
7947074     Georgia White,   17808 - 11th Ave SE,   Renton, WA  98055
7947075    +Good Day Pharmacy,   653 Denver Ave.,   Loveland, CO 80537-5128
7947076    +Hsbc Nv,   Pob 98706,   Las Vegas, NV 89193-8706
7947078    +Jefferson Capital Syst,   16 Mcleland Rd,   Saint Cloud, MN 56303-2198
7947079     Legacy Visa,   Po Box 5097,   Sioux Falls, SD 57117-5097
7947080    +Poudre Valley Hospital,   Po Box 20060,   Fort Collins, CO 80522-2560
7947081    +Professional Finance,   5757 W 11th St Ste 100,   Greeley, CO 80634-4802
7947083     Rocky Mountain Assoc.,   In Orthopedic Medicine,   3810 N. Grant Ave,   Loveland, CO  80538-8412
7947084    +Sandra Marie Button,   Pub At Juanita Bay,   9736 Ne 120th Pl,   Kirkland, WA 98034-4206
7947085    +Scott Lowery Law Office, PC,   10375 East Harvard Ave., Ste 410,   Denver, CO 80231-3967
7947086     State Of California,   Franchise Tax Board,   Po Box 942867,   Sacramento, CA  94267-1111
7947087    +Synergy Mediation Corp,   Po Box 556,   Roseville, CA 95678-0556
7947088    +Washingtn Cl,   510 N 20th #d,   Pasco, WA 99301-5093

The following entities were served by electronic transmission on May 14, 2005 and receipt of the transmission
was confirmed on:
7947061    +EDI: CITICORP.COM May 13 2005 22:43:00    BP,   BP Processing Center,   Des Moines, IA 50360-0001
7947063    +EDI: CAPITALONE.COM May 13 2005 22:43:00    Capital 1 Bk,   11013 W Broad St,
             Glen Allen, VA 23060-5937
7947077     EDI: IRS.COM May 13 2005 22:42:00    Internal Revenue Service,   Po Box 24017,
             Fresno, CA  93779-4017
7947082    +EDI: PROVID.COM May 13 2005 22:44:00    Providian,   4900 Johnson Dr,   Pleasanton, CA 94588-3308
                                                                                          TOTAL: 4

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2005**                    **Signature:**   *Joseph Speetjens*