Form B18_7 (Official Form 18)(9/97)

# United States Bankruptcy Court

### District of Colorado
Case No. <u>05–21512–HRT</u>
**Chapter 7**

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Robert F. Renninger
aka(s), if any will be listed on the last page.
4581 Lindenwood Cir.
Highlands Ranch, CO 80130

Social Security No.:
   xxx–xx–1474

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR(s)

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** : The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

*BY THE COURT*

*Dated:* <u>8/31/05</u>                 <u>Howard R Tallman</u>
                                           United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18_7 continued (7/97)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**Aliases Page**

**Debtor aka(s):**

No Aliases for Debtor

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1082-1            User: admin              Page 1 of 2                  Date Rcvd: Aug 31, 2005
Case: 05-21512                  Form ID: 177             Total Served: 42

The following entities were served by first class mail on Sep 02, 2005.
db          Robert F. Renninger,    4581 Lindenwood Cir.,    Highlands Ranch, CO  80130
aty        +Jane Stobbs,    3151 S. Vaughn Way,    Suite 510,    Aurora, CO 80014-3514
tr         +Janice A. Steinle,    9249 S. Broadway,    Ste. 200,    PMB 505,    Highlands Ranch, CO 80129-5692
7947050    +A-1 Collection Agency,    Po Box 1929,    Grand Junction, CO 81502-1929
7947053    +AT&T Wireless,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
7947051    +Accounts Receivable Management Systems,    1417 S. College Avenue,    Fort Collins, CO 80524-4115
7947052    +Alliance One,    6565 Kimball Drive, Ste 200,    Gig Harbor, WA 98335-1206
7947054     Atmos Energy,    P.O. Box 650205,    Dallas, TX  75265-0205
7947055    +Audit And Adjustment Com,    19401 40th Ave W Ste 312,    Lynnwood, WA 98036-5600
7947058    +BFOA,    911 S. Washington,    Kennewick, WA 99336-5600
7947061    +BP,    BP Processing Center,    Des Moines, IA 50360-0001
7947056    +Bart R. Anderson,    2122 - 112th Ave. NE, Ste A-300,    Bellevue, WA 98004-2947
7947057    +Bc Services/collection Agency,    451 21st Ave,    Longmont, CO 80501-8400
7947059    +Bill Hollowell,    O W Hollowell & Assoc.,    Po Box 1706,    Duvall, WA 98019-1706
7947060    +Bonded Adjusting Servi,    119 W Oak St,    Fort Collins, CO 80524-2828
7947062    +Bur Col Reco,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
7947064    +Coleman Legal Services,    3204 Auburn Way N,    Auburn, WA 98002-1807
7947065    +Collection Center Of W,    406 6th St,    Rawlins, WY 82301-5408
7947066    +Connie Patton,    311 12th St.,    Windsor, CO 80550-5929
7947067    +Crd Prt Asso,    13355 Noel Road#,    Dallas, TX 75240-6602
7947068    +Direct Merchants Bank,    Po Box 43730,    Baltimore, MD 21236-0730
7947069    +Fingerhut Credit Advan,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
7947070    +First National Credit,    500 E 60th St N,    Sioux Falls, SD 57104-0478
7947071    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
7947072    +Ft Collins Radiology Assoc.,    Po Box 270580,    Fort Collins, CO 80527-0580
7947073    +G C Services,    6330 Gulfton St Ste 400,    Houston, TX 77081-1108
7947074     Georgia White,    17808 - 11th Ave SE,    Renton, WA  98055
7947075    +Good Day Pharmacy,    653 Denver Ave.,    Loveland, CO 80537-5128
7947076    +Hsbc Nv,    Pob 98706,    Las Vegas, NV 89193-8706
7947078    +Jefferson Capital Syst,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
7947079     Legacy Visa,    Po Box 5097,    Sioux Falls, SD  57117-5097
7947080    +Poudre Valley Hospital,    Po Box 20060,    Fort Collins, CO 80522-2560
7947081    +Professional Finance,    5757 W 11th St Ste 100,    Greeley, CO 80634-4802
7947083     Rocky Mountain Assoc.,    In Orthopedic Medicine,    3810 N. Grant Ave,    Loveland, CO  80538-8412
7947084    +Sandra Marie Button,    Pub At Juanita Bay,    9736 Ne 120th Pl,    Kirkland, WA 98034-4206
7947085    +Scott Lowery Law Office, PC,    10375 East Harvard Ave., Ste 410,    Denver, CO 80231-3967
7947086     State Of California,    Franchise Tax Board,    Po Box 942867,    Sacramento, CA  94267-1111
7947087    +Synergy Mediation Corp,    Po Box 556,    Roseville, CA 95678-0556
7947088    +Washingtn Cl,    510 N 20th #d,    Pasco, WA 99301-5093

The following entities were served by electronic transmission on Sep 01, 2005 and receipt of the transmission
was confirmed on:
7947061    +EDI: CITICORP.COM Sep 01 2005 03:57:00     BP,    BP Processing Center,    Des Moines, IA 50360-0001
7947062    +EDI: BCTN.COM Sep 01 2005 03:57:00     Bur Col Reco,    7575 Corporate Way,
             Eden Prairie, MN 55344-2022
7947063    +EDI: CAPITALONE.COM Sep 01 2005 03:57:00     Capital 1 Bk,    11013 W Broad St,
             Glen Allen, VA 23060-5937
7947071    +EDI: AMINFOFP.COM Sep 01 2005 03:57:00     First Premier Bank,    601 S Minnesota Ave,
             Sioux Falls, SD 57104-4868
7947077     EDI: IRS.COM Sep 01 2005 03:56:00     Internal Revenue Service,    Po Box 24017,
             Fresno, CA  93779-4017
7947082    +EDI: PROVID.COM Sep 01 2005 03:57:00     Providian,    4900 Johnson Dr,    Pleasanton, CA 94588-3308
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 1082-1          User: admin              Page 2 of 2            Date Rcvd: Aug 31, 2005
Case: 05-21512                Form ID: 177             Total Served: 42

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2005**                    **Signature:**        *Joseph Speetjens*